ORIGINAL

FILED
2003 JAN 27 PM 2:24
M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

Judge: Karen A. Overstreet
Chapter: 11
Hearing Date: January 31, 2003
Hearing Time: 9:30 a.m.
Hearing Location: Rm. 427, Seattle, WA
Response Date: January 29, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re<br><br>CANYON PARK SEE STORE, INC.,<br><br>Debtor. | Chapter 11<br>Bankruptcy Case No. 02-21702<br>**Adversary No. 02-01565**<br>DEBTOR'S MOTION ON<br>**Shortened Time** TO DISMISS<br>ADVERSARY PROCEEDING<br>(No. A02-01565) |

COMES NOW the Debtor, CANYON PARK SEE STORE, INC., by and through its attorneys, pursuant to 11 U.S.C. §§ 105, 327, 1112 (b) and this Court's order of January 15, 2003 requests that the adversary proceeding filed by the Debtor and Akbarali ("Sam") Samanani against Lahka Investment Company, LLC, et. al. under Adversary Proceeding Case **No. A02-01565** be dismissed with a waiver of the stay provision of BR 4001 (a) (3), and in support thereof, states as follows:

1. Incorporates by this reference the earlier Motion to Dismiss and all moving papers filed by Lahka Investment Co., L.L.C. and Amin S. Lahka on December 2, 2002 and moving papers filed in support of its Motion to Shorten Time; and

2. The Court's findings and conclusions as set forth in the Court's order of January 15, 2003, a copy of which is attached hereto as **Exhibit A.**; and

3. The Consent to Action in Lieu of Special Meeting of Director attached hereto as **Exhibit B.**

WHEREFORE, the Debtor requests that this Court enter an Order dismissing Adversary Proceeding No. A02-01565 in the form of the attached proposed order.

DATED this 23rd day of January 2003.

Respectfully submitted,

LAW OFFICE OF
CHARLES AUSTIN JOHNSON, JR. INC., PS
By: _____
Charles A. Johnson, Jr., WSBA#3504, Attorney for Debtor

DEBTOR'S MOTION TO DISMISS        1
ADVERSARY PROCEEDING
CLIENTS CANYON Park See Store Dismiss Adversary – Motion.doc

LAW OFFICES OF
**CHARLES AUSTIN JOHNSON, JR., INC., P.S.**
5413 Meridian Avenue N, Suite A
Seattle, Washington 98103-6166
Tel: 206-632-8980  Fax: 206-632-4767

Judge: Karen A. Overstreet
Chapter: 11
Hearing Date: January 31, 2003
Hearing Time: 9:30 a.m.
Hearing Location: Rm. 427, Seattle, WA
Response Date: January 29, 2003

**PROPOSED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re<br><br>CANYON PARK SEE STORE, INC.,<br><br><br>Debtor. | Chapter 11<br>Bankruptcy Case No. 02-21702<br>**Adversary No. 02-01565**<br><br>ORDER ON DEBTOR'S MOTION<br>TO DISMISS ADVERSARY<br>PROCEEDING (No. A02-01565) |

THIS MATTER having come on before the undersigned Judge of the above-entitled Court on the Debtor's motion on shortened time to dismiss a complaint filed by the Debtor and Akbarali ("Sam") Samanani against Lahka Investment Company, LLC, et. al. (Case No. A02-01565); and there being no objection to such dismissal, now, therefore,

IT IS HEREBY ORDERED that Debtor's motion to dismiss the adversary complaint filed by the Debtor and Akbarali ("Sam") Samanani against Lahka Investment Company, LLC, et. al. under Adversary Proceeding Case **No. A02-01565** is hereby granted.

DATED this 31st day of January 2003.

KAREN A. OVERSTREET,
UNITED STATES BANKRUPTCY JUDGE

Presented by:

LAW OFFICES OF
CHARLES AUSTIN JOHNSON, JR., INC., PS

By:_____
Charles A. Johnson, Jr., WSBA#3504, Attorney for Debtor

ORDER DISMISSING                                            - 1
ADVERSARY PROCEEDING
CLIENTS CANYON PARK SEE STORE Dismissal, etc. Order re Adversary.doc