FILED Western District of Washington at Seattle

JAN 31 2003

U.S. Bankruptcy Court

Judge: Karen A. Overstreet
Chapter: 11
Hearing Date: January 31, 2003
Hearing Time: 9:30 a.m.
Hearing Location: Rm. 427, Seattle, WA
Response Date: January 29, 2003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re<br><br>CANYON PARK SEE STORE, INC., a Washington corporation, and AKBARALI "SAM" SAMANANI, as an Individual<br><br>Plaintiffs,<br><br>v.<br><br>LAHKA INVESTMENT COMPANY, LLC, a Washington limited liability company, AMIN S. ("ANDY") LAHKA, an individual, EMERALD CITY CONSTRCUTION, INC., a Washington Corporation, KEYBANK OF WASHINGTON d/b/a KEY BANK NATIONAL ASSOCIATION, a Washington corporation, JOHN DOE CORPORATION, the corporate identity or assignee of the rights and liabilities of KEY BANK NATIONAL ASSOCIATION, if any relevant to this Action, and ARCO PRODUCTS COMPANY, a Delaware corporation,<br><br>Defendants. | Chapter 11<br>Bankruptcy Case No. 02-21702<br><br>Adversary No. 02-01565<br><br>ORDER ON DEBTOR'S MOTION TO DISMISS THIS ADVERSARY PROCEEDING |

THIS MATTER having come on before the undersigned Judge of the above-entitled Court on the Debtor's motion on shortened time to dismiss a complaint filed by the Debtor and Akbarali ("Sam") Samanani against Lahka Investment Company, LLC, et. al. (Case No. A02-01565); and there being no objection to such dismissal, now, therefore,

ORDER DISMISSING - 1
ADVERSARY PROCEEDING
CLIENTS CANYON PARK SEE STORE Dismissal, etc. Order re Adversary.doc

LAW OFFICES OF
**CHARLES AUSTIN JOHNSON, JR., INC., P.S.**
5413 Meridian Avenue N, Suite A
Seattle, Washington 98103-6166
Tel: 206-632-8980  Fax: 206-632-4767

IT IS HEREBY ORDERED that Debtor's motion to dismiss the adversary complaint filed by the Debtor and Akbarali ("Sam") Samanani against Lahka Investment Company, LLC, et. al. under Adversary Proceeding Case **No. AO2-01565** is hereby granted and that the case hereby is dismissed, without prejudice, in its entirety against all named defendants.

DATED this 31st day of January 2003.

*/s/ Karen A. Overstreet*
KAREN A. OVERSTREET,
UNITED STATES BANKRUPTCY JUDGE

Presented by:

LAW OFFICES OF
CHARLES AUSTIN JOHNSON, JR., INC., PS

By: _____
Charles A. Johnson, Jr., WSBA#3504, Attorney for Debtor

ORDER DISMISSING - 2
ADVERSARY PROCEEDING
CLIENTS CANYON PARK SEE STORE Dismissal , etc. Order re Adversary.doc

LAW OFFICES OF
**CHARLES AUSTIN JOHNSON, JR., INC., P.S.**
5413 Meridian Avenue N, Suite A
Seattle, Washington 98103-6166
Tel: 206-632-8980   Fax: 206-632-4767